IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARTHUR JAMES GRIFFIN,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL MYERS; BABER, Correctional Officer; BURK, Correctional Officer; LOPEZ, Correctional Officer; and MEUN, Correctional Officer,<br><br>                Defendants. | 8:20CV521<br><br>MEMORANDUM<br>AND ORDER |

      This matter is before the court on its own motion. On January 14, 2021, the court ordered Plaintiff to show cause within 30 days why three previous cases brought by Plaintiff in this court should not be considered strikes against him pursuant to the terms of the PLRA and why he is entitled to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g). Alternatively, Plaintiff was given the option to pay the court's $400.00 filing and administrative fees. Plaintiff was warned that in the absence of good cause shown or payment of the necessary fees, this matter would be dismissed without further notice. (Filing 7.) To date, Plaintiff has not complied with any part of the court's order or sought an extension of time in which to do so.

      IT IS THEREFORE ORDERED: This matter is dismissed without prejudice for failure to pay the court's filing fee and for failure to comply with a court order. The court will enter judgment by a separate document.

      DATED this 31st day of March, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge